UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

GARY WILLIAMS,

    Defendant.

Case No. CR03-493L

ORDER GRANTING INSPECTION OF CO-CONSPIRATORS' PRESENTENCE REPORTS

This matter comes before the Court on defendant's motion requesting an *in camera* inspection of the presentence reports of any co-conspirators who may testify at defendant's trial (Dkt. # 325). The government provided copies of the relevant presentence reports, which this Court reviewed. The portions of the presentence reports that bear on the credibility of the testifying co-conspirators have been forwarded to the parties. Accordingly, defendant's motion is GRANTED.

DATED this 8th day of April, 2005.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING INSPECTION OF CO-
CONSPIRATORS' PRESENTENCE
REPORTS