UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GARY WILLIAMS, *et al.*,

    Defendant.

Case No. CR03-493L

ORDER DENYING DEFENDANT'S MOTION TO DISQUALIFY DEFENSE COUNSEL FOR GARY WILLIAMS

    This matter comes before the Court on the Motion to Disqualify Bob Leen as Defense Counsel for Gary Williams (Dkt. # 345) filed by defendant Lorraine Cravens. Ms. Cravens claims that she had been previously represented by Bob Leen, who is now counsel for Ms. Cravens' co-defendant, Gary Williams. Ms. Cravens filed this Motion when she anticipated that she would be called to testify against Mr. Williams at his sentencing hearing. Ultimately, Ms. Cravens was never called testify, however, and any potential conflict was avoided. Accordingly, Ms. Cravens' motion is DENIED.

    DATED this 22nd day of April, 2005.

                                                               /s/ Robert S. Lasnik
                                                          Robert S. Lasnik
                                                          United States District Judge