1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

          Plaintiff,

     v.

GARY WILLIAMS,

          Defendant.

Case No.  CR03-493L

ORDER RETURNING REMAINING
PROPERTY

This matter comes before the Court on defendant's "Motion to Amend August 8, 2005 Order Directing Government to Return Seized Items to Defendant" (Dkt. # 387).  Pursuant to the proposal in the "Government's Response to Defendant's Motion to Amend August 8, 2005 Order Directing Government to Return Seized Items" (Dkt. # 388), IT IS HEREBY ORDERED that the government return the following items:

     1.     Item 1A of 1B 29 - Watch;

     2.     Item 1B of 1B 29 - Gold Ring;

     3.     Item 46 of 1B 29 - Necklace;

     4.     Item 47 of 1B 29 - Watch;

     5.     Item 1 of 1B 31 - Gold Ring with Diamond;

     6.     Item 2 of 1B 31 - Gold Earring with Diamond.

ORDER RETURNING REMAINING
PROPERTY

1          Defendant's request that these items be sent to Lithonia, Georgia is DENIED.  These

2    items should be picked up in person at the FBI offices in Seattle, Washington.  Counsel for

3    defendant or any other legal representative may arrange for the return by contacting counsel for

4    the government.

5

6          DATED this 29th day of September, 2005.

7

8

9                                              _Mlf S Lasnik_

10                                              Robert S. Lasnik
                                               United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER RETURNING REMAINING
PROPERTY